IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: James Baber Jr.            )    11 B 22730
                                  )
                                  )    Judge Eugene R. Wedoff
        Debtor(s)                 )

*Order Modifying Plan*

IT IS HEREBY ORDERED:

On or before April 20, 2012, and each year thereafter, the Debtor(s) shall submit the prior year's federal tax return. The Debtor(s) also shall tender the full amount of the tax refund, received while the Chapter 13 case is pending, to the Chapter 13 Trustee. The tax refund shall be treated as an additional payment into the plan and must be submitted within 7 days of receipt by the Debtor(s).

ENTERED: 1 SEP 2011

Judge Eugene R. Wedoff
US Bankruptcy Judge

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
(312) 431-1300